| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
Al-Verde Fruits & Vegetables, LLC

**2. All other names debtor used in the last 8 years**  
dba Pesto Ristorante

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
2 7 – 3 6 3 1 1 0 4

**4. Debtor's address**

Principal place of business:

5221 McCullough Ave.  
Number   Street

San Antonio          TX    78212  
City                 State  ZIP Code

Bexar  
County

Mailing address, if different from principal place of business:

_____  
Number   Street

_____  
P.O. Box

_____  
City    State   ZIP Code

Location of principal assets, if different from principal place of business:

_____  
Number   Street

_____  
City    State   ZIP Code

**5. Debtor's website (URL)**  
pesto-ristorante.com

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Al-Verde Fruits & Vegetables, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Al-Verde Fruits & Vegetables, LLC**      Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY

      District _____ When _____ Case number _____
                                            MM / DD / YYYY

      District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____
      District _____ When _____
                                            MM / DD / YYYY
      Case number, if known _____

      Debtor _____ Relationship _____
      District _____ When _____
                                            MM / DD / YYYY
      Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Al-Verde Fruits & Vegetables, LLC**     Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** *(Check all that apply.)*

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number  Street
  _____
  _____
  City    State    ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

Debtor **Al-Verde Fruits & Vegetables, LLC**     Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/03/2021**
MM / DD / YYYY

X **/s/ Alejandro Santoyo**
Signature of authorized representative of debtor

**Alejandro Santoyo**
Printed name

**President**
Title

**18. Signature of attorney**

X **/s/ William R. Davis, Jr.**     Date **12/03/2021**
Signature of attorney for debtor     MM / DD / YYYY

**William R. Davis, Jr.**
Printed name

**Langley & Banack, Inc.**
Firm name

**745 E Mulberry Ave.**
Number    Street

**Suite 700**

**San Antonio**     **TX**     **78212**
City     State     ZIP Code

**(210) 736-6600**     **wrdavis@langleybanack.com**
Contact phone     Email address

**05565500**     **TX**
Bar number     State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **Al-Verde Fruits & Vegetables, LLC**      Case No. _____

     Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................... | **$12,500.00** |
   | Prior to the filing of this statement I have received....................................... | **$4,000.00** |
   | Balance Due..................................................................................................... | **$8,500.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/03/2021** | **/s/ William R. Davis, Jr.** | |
|---|---|---|
| *Date* | *William R. Davis, Jr.* | Bar No. 05565500 |
| | Langley & Banack, Inc. | |
| | 745 E Mulberry Ave. | |
| | Suite 700 | |
| | San Antonio, TX 78212 | |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 | |

---

**/s/ Alejandro Santoyo**

*Alejandro Santoyo*
*President*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Al-Verde Fruits & Vegetables, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration  10737 Gateway West, # 300  El Paso, TX 79935 | | UCC (recorded) | | $48,000.00 | $1.00 | $47,999.00 |
| 2 | Comptroller of Public Accounts  PO Box 149355  Austin, Texas 78714 | | Unpaid sales taxes | | | | $30,000.00 |
| 3 | Internal Revenue Service  P.O. Box 7346  Philadelphia, PA 19101-7346 | | Penalties | | | | $15,000.00 |
| 4 | Bookkeeping Solutions, Inc.  4100 NW Loop 410, Suite 20  San Antonio, T X 78229 | | Services | | | | $10,799.84 |
| 5 | Hill Country Dairies  P.O. Box 80467  Austin, TX 78708 | | Product | | | | $7,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 1

Debtor  **Al-Verde Fruits & Vegetables, LLC**  Case number (if known) _____
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Performance FoodService<br>4141 Lucius McCelvey Dr.<br>Temple, TX 76504 | | Product/lawsuit pending | | | | $6,500.00 |
| 7 | The Yard Shopping Center, LLC<br>c/o Dhia Al-Wardi<br>3166 Orlando Rd.<br>Pasadena, CA 91107 | | Rent (Nov. 2021) | | | | $5,000.00 |
| 8 | Edward Don & Co.<br>2562 Paysphere Circle<br>Chicago, IL 60674 | | Services | | | | $3,000.00 |
| 9 | Sysco Central Texas, Inc.<br>1260 Schwab Rd.<br>New Braunfels, TX 78132 | | Product | | | | $2,500.00 |
| 10 | Marlin Business Services Corp.<br>300 Fellowship Road<br>Mt. Laurel, NJ 08054 | | Contract/Lease | | | | $1,828.57 |
| 11 | Marlin Business Park<br>2795 E. Cottonwood Pkwy.<br>Salt Lake City, UT 84121 | | Services | | | | $1,209.66 |
| 12 | Global Spice Specialty Food<br>2 Burwood Lane, Suite 2<br>San Antonio, TX 78216 | | Goods | | | | $1,000.89 |
| 13 | Enviro-Master of San Antonio<br>P.O. Box 12350<br>Charlotte, NC 28220 | | Services | | | | $722.78 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor **Al-Verde Fruits & Vegetables, LLC**  Case number (if known) _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Hayden & Cunningham, PLLC  7750 Broadway  San Antonio, TX 78209 | | Legal services | | | | $669.00 |
| 15 | Farmer Bros. Coffee  P.O. Box 732855  Dallas, TX 75373 | | Services | | | | $639.92 |
| 16 | EZ Air Conditioning & Heating  7755 Eckhert Rd., #102  San Antonio, TX 78240 | | Services | | | | $517.59 |
| 17 | ChemMARK of San Antonio  4750 Center Park Blvd.  San Antonio, TX 78218 | | Services | | | | $500.00 |
| 18 | NSA Property Holdings, LLC | | Services | | | | $422.00 |
| 19 | No Escape  10307 E lizabeth Court  San Antonio, TX 78240 | | Services | | | | $405.95 |
| 20 | Rully's Produce  1500 S. Zarzamora  San Antonio, TX 78207 | | Produce | | | | $345.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Al-Verde Fruits & Vegetables, LLC**         CASE NO

                                                                                           CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/3/2021                            Signature   **/s/ Alejandro Santoyo**
                                                                                       *Alejandro Santoyo*
                                                                                        *President*

Date                                      Signature

```
ADT Security Systems Of Texas
P.O. Box 371878
Pittsburgh, PA   15250-7878



Alejandro Santoyo
8432 Echo Creek Lane
San Antonio, TX   78240



Bexar County Tax Assessor
P.O. Box 839950
San Antonio, TX   78283-3950



Bill Malone
Law Offices of Bill Malone, Jr.
P.O. Box 151198
Fort Worth, TX   76108



Bookkeeping Solutions, Inc.
4100 NW Loop 410, Suite 20
San Antonio, T X 78229



Buckhead Meat
Dept. 21
P.O. Box 670445
Houston, TX   77267-0445



ChemMARK of San Antonio
4750 Center Park Blvd.
San Antonio, TX   78218



Chrysler Capital
P.O. Bxo 961275
Fort Worth, TX   76161-1275



Comptroller of Public Accounts
PO Box 149355
Austin, Texas 78714
```

```
Edward Don & Co.
2562 Paysphere Circle
Chicago, IL  60674



Enviro-Master of San Antonio
P.O. Box 12350
Charlotte, NC  28220



EZ Air Conditioning & Heating
7755 Eckhert Rd., #102
San Antonio, TX  78240



Farmer Bros. Coffee
P.O. Box 732855
Dallas, TX  75373



Glassco
4150 Sandstone
San Antonio, TX  78230



Global Spice Specialty Food
2 Burwood Lane, Suite 2
San Antonio, TX  78216



Hayden & Cunningham, PLLC
7750 Broadway
San Antonio, TX  78209



Hill Country Dairies
P.O. Box 80467
Austin, TX  78708



Internal Revenue Service
P.O. Box 145595, MC 8420G
Cincinnati, OH  45250-5595
```

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346



Marlin Business Park
2795 E. Cottonwood Pkwy.
Salt Lake City, UT   84121



Marlin Business Services Corp.
300 Fellowship Road
Mt. Laurel, NJ   08054



Mood Olmos
Texas Wired Music, Inc.
P.O. Box 1098
San Antonio, TX   78294



No   Escape
10307 E lizabeth Court
San Antonio, TX   78240



NSA Property Holdings, LLC




Performance FoodService
4141 Lucius McCelvey Dr.
Temple, TX   76504



Rully's Produce
1500 S. Zarzamora
San Antonio, TX   78207



Southwaste Disposal, LLC
16350 Park Ten Place
Houston, TX   77084
```

```
Syndimate
300 Continental Blvd., Suite 410
El Segundo, CA   90245



Sysco Central Texas, Inc.
1260 Schwab Rd.
New Braunfels, TX   78132



Texas Attorney General
c/o Jason Starks
Bankruptcy & Collections Division
PO Box 12548
Austin, Texas 78711

The Yard Shopping Center, LLC
c/o Dhia Al-Wardi
3166 Orlando Rd.
Pasadena, CA   91107


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX   79935



United States Attorney
Taxpayer Division
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216-5512



United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC   20530-0001
```